UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION
CASE NO.: 10-3525 WHITE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SEALED DEFENDANT,

      Defendant.

_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW, the Defendant, SEALED DEFENDANT, and herein notifies this honorable Court and Clerk of the Court that he has retained Peter Raben, Esq. at the Law Offices of Peter Raben, PA to file a permanent appearance to represent him in the above style cause. The Defendant would ask that all notices, pleadings and motions be served upon undersigned counsel. This notice of permanent appearance is filed to enable counsel to represent the Defendant in all matters arising in the district court, and does not extend to representation beyond the district court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court to all counsel of record using CM/EMF on this 17th day of November, 2010.

Respectfully submitted,

PETER RABEN, P.A.
Museum Tower
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 379-1401
Facsimile:    (305 374-0081

By: /s/ Peter Raben_____
PETER RABEN, ESQUIRE
Florida Bar No.: 231045