AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by __u__ D.C.
NOV 1 9 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 10-3525-White |
| RENZO GADOLA | ) |
| Defendant. | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RENZO GADOLA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371: Conspiracy to Defraud the United States

Date: Nov 7+ 2010

City and state: Miami, Florida

Patrick A. White, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/7/2010, and the person was arrested on *(date)* 11/8/2010
at *(city and state)* Miami, FL.

Date: 11/16/2010

Adam Tucker  Special Agent
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **RENZO GADOLA**

Known aliases: 

Last known residence: **SWITZERLAND**

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 08/08/1966

Social Security number: 

Height: 5'11"    Weight: 

Sex: Male    Race: White

Hair:    Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: Internal Revenue Service, Special Agent Adam Tucker (954-214-8330)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: