AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | Case No. 10-20878-CR-KING |
| v. | ) | |
| Renzo Gadola, | ) | |
| Defendant. | ) | |

MAGISTRATE BANDSTRA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Dec 14, 2010

_____
Defendant's signature

_____
Signature of defendant's attorney

Peter Raben
Printed name of defendant's attorney

_____
Judge's signature

WILLIAM C. TURNOFF — U.S. Magistrate Judge
Judge's printed name and title