UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20878-CR-KING

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____BOND_____

RENZO GADOLA

        Defendant.

Language: _English_

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:

Address: __ON BOND__

Tel. No: _____

Defense Counsel: Name: _Peter Raben_

Address: _____

Tel. No: _____

Bond Set/Continued: _$750,000 w/10%_

Dated this __14TH__ day of __DECEMBER__ 2010.

STEVEN M. LARIMORE, CLERK OF COURT

BY _LAKESHIA A. WILLIAMS_
    Deputy Clerk

c:CRD
  U.S. Attorney
  Defense Counsel
  U.S. Pretrial