UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20878-CR-King/Garber

UNITED STATES OF AMERICA,

v.

RENZO GADOLA,

    Defendant.
_____/

### ORDER

THIS CAUSE as before the Court by Order of Reference from U.S. District Judge James Lawrence King. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing as to defendant Renzo Gadola shall be held before the undersigned on Monday, the 10th day of January, 2011 at 2:00 P.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Thursday, March 10, 2011 at 10:00 A.M. in Courtroom II, Eleventh Floor, in the James Lawrence King Federal Justice Building before United States District Judge James Lawrence King.**

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of December, 2010.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE